## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: **Joey Robert Cruz**
**Nyree Dawn Cruz**

Debtor(s).

Case No.

**CHAPTER 13 PLAN**

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) will pay to the Trustee the sum of $ __1,300.00__ each month for __60__ months.
   Debtor(s) elect a voluntary wage order. _____ .

2. From the payments received, the Trustee will make disbursements in accordance with the Distribution Guidelines as follows:
   (a) On allowed claims for expenses of administration required by 11 USC §507.
   (b) On allowed secured claims, which shall be treated and valued as follows:

| §506 | Non §506 | Name | Value of Collateral | Claim Amount | Pre-confirmation Adequate Protection | Post confirmation Payments | Estimated Mortgage Arrears | Interest Rate (If Specified) |
|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | BAC Home Loans Servicing for Senior/First Deed of Trust on primary residence located at 524 Hagemann Dr., Livermore, CA 94551 | 389,000.00 | Per Claim | N/A | **See Special Provisions | 105,000 **See Special Provision | 0.00 |
| ☒ | ☐ | HFC for 2001 Suzuki GSX 1300 R motorcycle. | 5,000.00 | Per Claim | 70.00 | Pro Rata | | 5.00 |
| ☒ | ☐ | Santander Consumer USA for 2005 Toyota Tundra SR5 pickup. | 15,000.00 | Per Claim | 200.00 | Pro Rata | | 5.00 |
| ☒ | ☐ | Specialized Loan Servicing, LLC for Junior/Second Deed of Trust on primary residence located at 524 Hagemann Dr., Livermore, CA 94551. | 389,000.00 | Per Claim | N/A | **See Special Provisions | | 0.00 |
| ☒ | ☐ | Wells Fargo Dealer Services for 2007 Cadillac Escalade. | 26,000.00 | Per Claim | 700.00 | Pro Rata | | 5.00 |

With respect to secured claims per §506, valuation stated shall bind unless a timely objection to confirmation is filed. With respect to non §506 secured claims as referenced in §1325, the claim, to the extent allowed, shall control. If an interest rate is not specified, 5/6% per month (10% per annum) will be paid. A secured creditor shall retain its lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section §1328.

   (c) On allowed priority unsecured claims in the order prescribed by 11 USC § 507. Priority claims shall be paid in full except to the extent allowed otherwise under 11 U.S.C. § 1322(a)(4).
   (d) On allowed general unsecured claims the debtor(s) estimate(s) the general unsecured claims will be paid __Pro Tanto__ %.

3. The following executory contracts are rejected. The debtor(s) waive the protections of the automatic stay provided in 11 U.S.C. § 362 to enable the affected creditor to obtain possession and dispose of its collateral without further order of the court. Any allowed unsecured claim for damages resulting from rejection will be paid under paragraph 2(d).
   **-NONE-**

4. The debtor(s) will pay directly the following fully secured creditors and lessors:

| Name | Monthly Payment |
|---|---|
| BAC Home Loans Servicing for Senior/First Deed ofTrust on primary residence located at 524 Hagemann Dr., Livermore, CA 94551 | 3,225.00 paid directly by Debtors to a bond account pursuant to court order in civil case RG 09449166. |

5. The date this case was confirmed will be the effective date of the plan.

6. The debtor(s) elect to have property of the estate revest in the debtor(s) upon plan confirmation. Once the property revests, the debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

In re: **Joey Robert Cruz**
**Nyree Dawn Cruz**

Case No.

**CHAPTER 13 PLAN - Continuation Sheet**

Debtor(s).

7. The debtor(s) further propose pursuant to 11 USC § 1322(b):

   **1) Debtors are using their best efforts to accomplish a loan modification either directly with BAC Home Loans Sevicing, LP or through the pending civil case Cruz vs. Capital One Financial Corp. (RG09449166) in order to become current with the pre-petition mortgage arrears; If the Debtors are unable to accomplish the loan modification within the first 12 months of this plan, Debtors will surrender the real property located at 524 Hagemann Dr., Livermore, CA 94551; and, no dividends shall be paid to BAC Home Loans Servicing, its successors and/or assigns, for pre-petition mortgage arrears through this present Chapter 13 Plan, unless the plan is so modified.**

   **2) Debtors shall file a separate Motion to Value the Security of Specialized Loan Servicing, LLC, who holds a Junior/Second Deed of Trust on the Debtors' primary residence located at 524 Hagemann Drive, Livermore, CA 94551, on the grounds that such Deed of Trust is wholly unsecured. For purposes of such Motion to Value, the real property located at 524 Hagemann Drive, Livermore, CA shall be valued at $389,000.00 and failure of Specialized Loan Servicing, LLC to object to the Motion to Value and/or confirmation of the Chapter 13 Plan, shall be deemed as acceptance of such valuation.**

Dated: **July 25, 2011**    **/s/ Joey Robert Cruz**    **/s/ Nyree Dawn Cruz**
                                  (Debtor)                        (Debtor)

I/We **Curt F. Hennecke 217109** am/are legal counsel for the above named debtors(s) and hereby certify that the foregoing Chapter 13 Plan is a verbatim replica of this N.D. Cal., Oakland Division Model Chapter 13 Plan (October 2005), promulgated pursuant to B.L.R. 1007-1.

                                              **/s/ Curt F. Hennecke**
                                              Attorney for Debtor(s)